NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AETREX WORLDWIDE, INC., Plaintiff, v. SOURCING FOR YOU LIMITED, *et al.*, Defendants. | Civil Action No.: 2:14-cv-02504 **ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court upon Magistrate Judge James B. Clark's Report and Recommendation ("R&R") addressing *sua sponte* Defendants Sourcing For You Limited and Sourcing For You Consulting, LTD.'s (collectively, the "Institutional Defendants") failure to comply with the Court's orders to retain counsel. (ECF No. 63). Defendant Gerald Vineberg ("Defendant," and collectively with the Institutional Defendants, "Defendants") subsequently filed an objection to Judge Clark's R&R on June 10, 2016, (ECF No. 67-1), and Plaintiff Aetrex Worldwide, Inc. ("Plaintiff") filed a response. (ECF No. 67). The Court decides this matter without oral argument pursuant to Federal Rule of Civil Procedure 78(b). For the reasons set forth in the Court's corresponding Opinion:

IT IS on this 17 day of November, 2017,

**ORDERED** that having thoroughly reviewed Judge Clark's R&R and Defendant's objections thereto, the Court hereby adopts Judge Clark's R&R in full; it is further

**ORDERED** that Defendants' answer, (ECF No. 11), shall be stricken as to the Institutional Defendants; it is further

1

**ORDERED** that Defendants' counterclaim, (ECF No. 11), shall be dismissed as to the Institutional Defendants; it is further

**ORDERED** that the Clerk of Court shall enter default as to the Institutional Defendants; and it is further

**ORDERED** that Plaintiff may file a motion for default judgment as to the Institutional Defendants within 30 days of the date of entry of this Order.

**SO ORDERED.**

                                                                                                    CLAIRE C. CECCHI, U.S.D.J.